**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX  75062**
**(214) 855-9200**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **IN RE:** | Case No: 18-33304-SGJ-13 |
| **JEANNE MARIE ROBERSON** | Hearing Date:  01/17/2019 |
| **Debtor** | |

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation**

TO:     ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Debtor's Chapter 13 Plan and Motion for Valuation will be held at **8:30 a.m.** on **01/17/2019** at 105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062.

Any objection to the Pleadings not resolved or defaulted at the Trustee 's Pre-Hearing Conference will be heard by the Court at 2:00 p.m. on the same day at:

1100 Commerce Street, Fourteenth Floor, Dallas, Texas.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES NO LATER THAN SEVEN (7) DAYS PRIOR TO THE PRE-HEARING CONFERENCE.

| | |
|---|---|
| Debtor: | JEANNE MARIE ROBERSON, 214 FIDELIS AVE, DALLAS, TX  75241 |
| Attorney: | GWENDOLYN E HUNT, 2010 N HAMPTON RD, NO 400, DESOTO, TX  75115 |
| Court: | CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75242 |
| Trustee: | TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062 |

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

**Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation, Page 2**
**Case # 18-33304-SGJ-13**
**JEANNE MARIE ROBERSON**

### Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Hearing on Confirmation of Debtor's Chapter 13 Plan and Motion for Valuation" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

| | |
|---|---|
| Debtor: | JEANNE MARIE ROBERSON, 214 FIDELIS AVE, DALLAS, TX  75241 |
| Attorney: | GWENDOLYN E HUNT, 2010 N HAMPTON RD, NO 400, DESOTO, TX  75115** |
| Creditors: | BANK OF AMERICA, PO BOX 982238, EL PASO, TX  79998 |
| | BSI FINANCIAL SERVICES INC, PO BOX 517, 314 S FRANKLIN ST, TITUSVILLE, PA  16354 |
| | CBE GROUP, PO BOX 900, WATERLOO, IA  50704 |
| | COUNTY OF DALLAS, CO LINEBARGER GOGGAN BLAIR ET AL, 2777 N STEMMONS FWY STE 1000, DALLAS, TX  75207** |
| | DIVERSIFIED CONSULTANTS INC, PO BOX 551268, JACKSONVILLE, FL  32255 |
| | IVY FUNDING EIGHT LLC, 22 W BRYAN ST STE 208, SAVANNAH, GA  31410 |
| | LAW OFFICES OF MICHELLE GHIDOTTI, 1920 OLD TUSTIN AVE, SANTA ANA, CA  92705 |
| | NTTA, PO BOX 660244, DALLAS, TX  75266-0244 |
| | PMD FINANCIAL GROUP, 85 STILES RD M NO 204, SALEM, NH  03079 |
| | PROFESSIONAL ACCOUNT MANAGEMENT LLC, PO BOX 866608, PLANO, TX  75086 |
| | QUANTUM3 GROUP LLC, PO BOX 788, KIRKLAND, WA  98083-0788** |
| | SHELLPOINT MORTGAGE SERVICING, PO BOX 619063, DALLAS, TX  75261 |
| | SYNCHRONY BANK, PRA RECEIVABLES MANAGEMENT, PO BOX 41021, NORFOLK, VA  23541 |

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated: 11/21/2018

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700